UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CHRISTINE REEDY,                                        CIVIL NO. 16-3913 (DTS)
*Legal Guardian, on behalf*
*Of T.R., a minor,*

       Plaintiff,

v.                                                                      ORDER

NANCY A. BERRYHILL,
*Acting Commissioner of*
*Social Security,*

       Defendant.

The above matter came before the undersigned on February 16, 2018 upon Plaintiff's Motion for Summary Judgment [Docket No. 13] and Defendant's Motion for Summary Judgment [Docket No. 15].  James H. Greeman, Esq. appeared on behalf of Plaintiff; Friedrich A. P. Siekert, Assistant U.S. Attorney, appeared on behalf of Defendant.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, and for the reasons articulated on the record, now makes and enters the following Order.

IT IS HEREBY ORDERED that:

1.      Plaintiff's Motion for Summary Judgment [Docket No. 13] is GRANTED. The case is remanded to the Administrative Law Judge for further consideration.  In particular, the Administrative Law Judge is directed to obtain medical records relating to Mr. Reedy's seizure disorder from the period of October 23, 2015 to June 9, 2017 to clarify whether these records shed light on whether Reedy's seizure disorder was so

uncontrolled or uncontrollable as to render him disabled within the meaning of 216(i) and 223(d) of the Social Security Act, and if so, on what date.

      2.     Defendant's Motion for Summary Judgment [Docket No. 15] is DENIED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:      March 1, 2018

                *s/ David T. Schultz*
                DAVID T. SCHULTZ
                United States Magistrate Judge